UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MEREIGH,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK; and PFIZER, INC. LONG TERM DISABILITY PLAN,<br><br>Defendants,<br><br>*****************<br>and Related Cross-Action(s), | Case No: CV10-06388 JFW(JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

*/ / /*

1 **IT IS SO ORDERED.**
2
3 Dated: July 27, 2011

_____
HONORABLE JOHN F. WALTER
Judge of the U.S. District Court